## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **LUZ ABSHIER,** | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | **No. 1:24-CV-00136-DH** |
| | § | |
| **WAL-MART STORES TEXAS, LLC,** | § | |
| **ET AL.,** | § | |
| *Defendants* | § | |
| | § | |

## ORDER

On October 30, 2024, Plaintiff Luz Abshier and Defendant Wal-Mart Stores Texas, LLC ("Wal-Mart") dismissed without prejudice all claims asserted by Abshier against Wal-Mart in this case by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. 27. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) … require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). Accordingly, **IT IS ORDERED** that Wal-Mart is **TERMINATED** as a party in this case.

**SIGNED** on October 31, 2024.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE